NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## AMY L. WILSON,
*Petitioner,*

v.

## MERIT SYSTEMS PROTECTION BOARD,
*Respondent.*

---

2012-3092

---

Petition for review of the Merit Systems Protection Board in case no. DA0752110276-I-1.

---

## ON MOTION

---

## ORDER

The Merit Systems Protection Board moves for a 21-day extension of time, until July 13, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 13 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Amy L. Wilson
    Lindsey A. Schreckengost, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 13 2012

JAN HORBALY
CLERK